CAUSE NO. 17,075

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 115TH DISTRICT COURT |
| VS | § | OF |
| MATTHEW HUNTER MURPHY | § | UPSHUR COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/29/2016 1:15:23 PM
DEBBIE AUTREY
Clerk

## FORMAL NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant, Matthew Hunter Murphy, who by and through his court appointed appellate attorney, makes and files this his **Formal Notice of Appeal** as follows:

I.

Upon the Defendant's plea of guilty to two felony one counts of Aggravated Sexual Assault of a Child and a contested punishment phase, the Trial Court found the Defendant guilty and assessed punishment and sentenced the Defendant. The punishment assessed was confinement in the Institutional Division of the Texas Department of Criminal Justice for 15 years each on Count 1 & Count 2 to run concurrently. Count 3 was dismissed.

II.

Sentencing occurred on June 17, 2016. The appellant's attorney for this appeal was appointed on June 22, 2016.

1

III.

Notice is hereby given for the appeal of this felony conviction to the Texas Court of Appeals for the 6th Appellate District at Texarkana, Texas.

PRAYER

WHEREFORE, premises considered, Defendant prays that this Notice of Appeal be filed and acted upon as required by Texas law.

Respectfully Submitted,

By: _____

Dwight A. Brannon
Attorney at Law
P.O. Box 670
Gilmer, Texas 75644
Phone: 903-843-2523
Fax: 903-843-6014
State Bar No. 02894500

APPELLATE ATTORNEY FOR
Matthew Hunter Murphy

2

## CERTIFICATE OF SERVICE

A true and correct copy of the above Notice of Appeal was hand delivered to the office of the Criminal District Attorney of Upshur County, Texas at 405 North Titus Street, Gilmer, Texas, and to the Defendant by mail on this the 24th day of _____ June _____, 2016.

_____
Dwight A. Brannon
Attorney for Matthew Hunter Murphy

3

CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS

TRIAL COURT NO.    17075

MATTHEW HUNTER MURPHY            *       IN THE 115TH DISTRICT COURT

VS.                              *       OF

THE STATE OF TEXAS              *       UPSHUR COUNTY, TEXAS

The Record of my office reflect the following information in this case:

DEFENDANT WAS CONVICTED OF: Aggravated Sexual Assault of A Child;  Count I and Count II

PUNISHMENT ASSESSED: FIFTEEN  (15)  Years TDCJ

WAS THIS A REVOCATION OF PROBATION? _____ YES _____X_____ NO

DEFENDANT IS: __X _ IN JAIL _____ OUT ON BOND _____ OUT ON PROBATION_____

IF ON BOND, GIVE AMOUNT: $ _____ DATE BOND WAS POSTED: _____

SENTENCE IMPOSED ON THE 17rd DAY OF JUNE, 2016

IF NO SENTENCE, ORDER APPEALED FROM WAS SIGNED ON : _____ DAY OF _____, _____

WRITTEN NOTICE OF APPEAL WAS FILED ON: 27TH DAY OF June, 2016.

MOTION FOR NEW TRIAL FILED _____X_____ NO _____ YES , IF YES, DATE FILED _____

*** IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL, PLEASE GIVE WRITTEN NOTICE TO THE COUT OF APPEAL IMMEDIATELY. .

PRESIDING TRIAL COURT JUDGE: LAUREN PARISH

TRIAL COURT REPORTER: DEANNA DRENNAN

ADDRESS:  P. O. BOX 1052, GILMER, TEXAS 75644

WAS DEFENDANT DECLARED INDIGENT? _____X_____ YES _____ NO

DEFENDANT 'S COUNSEL IS:  RETAINED _____ APPOINTED ____X_____ PRO SE _____

DEFENDANT IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME:  DWIGHT A. BRANNON

BAR CODE NUMBER  02894500

ADDRESS:  P. O. Box 260, GILMER, TEXAS  75644

STATE IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME:  Billy W. Byrd

BAR CODE NUMBER  24034354

ADDRESS: 405 N. Titus, Gilmer, Texas 75644

IF TWO OR MORE CASES WERE TRIED TOGETHER, LIST CASE NUMBERS ONLY:

_____

IF COMPANION CASE, LIST DOCKET NUMBER AND DEFENDANT'S NAME:

_____

**** SEND SEPARATE CERTIFICATE FOR EACH CASE APPEALED

DATED THE 29TH DAY June,  2016.

KAREN BUNN, DISTRICT CLERK

BY: MELISSA CHEVALIER, DEPUTY CLERK